Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii State Bar Number 08817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| MICHAEL SANTUCCI | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| and HOLLY T. SHIKADA, in her Official | ) MOTION FOR PRELIMINARY |
| Capacity as the Attorney General of the | ) INJUNCTION |
| State of Hawaii | ) |
| | ) Judge: N/A |
| | ) Trial: N/A |
| | ) Hearing: N/A |
| Defendants. | ) |
| _____ | ) |

<u>Motion for Preliminary Injunction</u>

Comes now the Plaintiff Michael Santucci pursuant to Rule 65 of the F.R.C.P. and moves this Court for a preliminary injunction enjoining H.R.S. 134-7(c)(3) and any other relevant Hawaii law to the extent that it prohibits Plaintiff and other similarly situated persons from receiving permits to acquire and/or otherwise own firearms due to their status.

Dated: Honolulu, Hawaii, April 03, 2022.

        Respectfully submitted,

        */s/ Kevin O'Grady*
        Kevin O'Grady

        */s/ Alan Beck*
        Alan Alexander Beck