Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SANTUCCI<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU, and HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaii<br><br>Defendants. | Civil Action No. 22-CV-00142-DKW-KJM<br><br>Notice of Supplemental Authority<br><br>Hearing date:<br><br>Honorable Judge: Derrick K. Watson |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.6., Mr. Santucci files *United States v. Morales-Lopez*, No. 2:20-cr-00027-JNP, 2022 U.S. Dist. LEXIS 117038 (D. Utah June 30,

2022) (attached) as supplemental authority. This case supports Mr. Santucci's claim located on page 23 of his Memorandum in support of his Motion for Preliminary Injunction that HRS §134-7(c)(3) is unconstitutionally vague. *See Id* at *18-*34.

Dated: July 15, 2022.

Respectfully submitted,

/s/*Kevin Gerard O'Grady*
 Kevin O'Grady, ESQ.

*/s/ Alan Beck*
Alan Alexander Beck, ESQ.